STATE OF MICHIGAN

EASTERN DISTRICT OF MICHIGAN

Nancy Moore, Robert C. Semczak,
Guardian of the Estate of Theresa
Michalak, and Janet Aprile,
individually and on behalf of all others
similarly situated,

                Plaintiffs,

v.

Auto Club Group, Auto Club Services,
Auto Club Insurance Association,
MemberSelect Insurance Company,
and Fremont Insurance Company,

                Defendants.

Case No. 2:19-cv-10403

Hon. Denise Page Hood

Magistrate Judge:
Mona K. Majzoub

## STIPULATION REGARDING PARTIAL SETTLEMENT OF CLAIMS OF PLAINTIFF NANCY MOORE

The parties, through their undersigned counsel, hereby stipulate as follows:

1. Plaintiff Nancy Moore and Defendant Auto Club Insurance Association have negotiated a tentative and partial settlement of Ms. Moore's future attendant care benefit claims. Specifically, the parties have negotiated and reached a confidential agreement on the rate at which her future attendant care benefits will be paid and certain home and vehicle modifications which are not at issue in the case.

2. The proposed settlement of future attendant care benefits does not include the settlement of claims for the alleged underpayment of attendant care

benefits alleged by Plaintiffs in this lawsuit and that are incurred prior to the effective date of the settlement. This was by design and intentional.

3. The parties have discussed the effect the settlement might have on Ms. Moore's status to serve as a class representative in this action and believe it is appropriate to advise the Court of this proposed settlement, and request the Court enter an order finding that the settlement alone does not disqualify Ms. Moore from serving as a class representative. The settlement is conditioned upon the Court making such a finding and entering an order to that effect.

4. The parties further agree that this settlement of Ms. Moore's future attendant care benefits and home modification claims shall not be argued or otherwise used by any party to this case or their counsel, including as a basis for disqualifying Ms. Moore from serving as a proper named class representative. Defendants reserve their right to oppose class certification as well as Ms. Moore's suitability as a class representative on all other grounds.

5. Notwithstanding anything else to the contrary, this Stipulation and Order shall not be construed to limit the ability, if any, of putative class members to raise objections to Ms. Moore's suitability as a class representative or any future settlement which may be agreed upon by the parties.

6. The parties request the Court's approval to proceed as indicated in this Stipulation with respect to Ms. Moore's future attendant care benefits and enter the attached Order.

So Stipulated:

| | |
|---|---|
| /s/ *Jason J. Thompson (w/permission)* | /s/ *Lori McAllister* |
| Jason J. Thompson (P47184) | Lori McAllister (P39501) |
| Counsel for Plaintiffs | Counsel for Defendants |
| Sommers Schwartz, P.C. | Dykema Gossett PLLC |
| One Towne Square, 17th Floor | Capitol View Bldg. |
| Southfield, MI 48076 | 201 Townsend Street, Suite 900 |
| (248) 355-0300 | Lansing, Michigan 48933 |
| jthompson@sommerspc.com | (517) 374-9150 |
| | lmcallister@dykema.com |
| | |
| /s/ *Nicholas S. Andrews (w/permission)* | /s/ *Thomas J. Dombrowski (w/permission)* |
| Nicholas S. Andrews (P42693) | Thomas J. Dombrowski (P41133) |
| Liss, Seder & Andrews, P.C. | Co-Counsel for Defendants |
| Counsel for Plaintiffs | Hom, Arene, Bachrach, Corbett, Kramer, |
| 39400 Woodward Ave., Ste. 200 | Harding & Dombrowski |
| Bloomfield Hills, MI 48304 | 150 W. Jefferson Avenue Suite 1500 |
| (248) 647-9700 | Detroit, MI 48226 |
| nandrews@lissfirm.com | (313) 237-5626 |
| | Tjdombrowski@aaamichigan.com |
| | |
| | /s/ *Stephen E. Glazek (w/permission)* |
| | Stephen E. Glazek (P23186) |
| | Co-Counsel for Defendants |
| | Barris Sott Denn & Driker, PLLC |
| | 333 West Fort Street Suite 1200 |
| | Detroit, MI 48226 |
| | (313) 596-9725 |
| | Sglazek@bsdd.com |

**STATE OF MICHIGAN**

**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| Nancy Moore, Robert C. Semczak, Guardian of the Estate of Theresa Michalak, and Janet Aprile, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | Case No. 2:19-cv-10403 |
| v. | Hon. Denise Page Hood |
| Auto Club Group, Auto Club Services, Auto Club Insurance Association, MemberSelect Insurance Company, and Fremont Insurance Company, | Magistrate Judge: Mona K. Majzoub |
| Defendants. | |

## ORDER REGARDING PARTIAL SETTLEMENT OF CLAIMS OF PLAINTIFF NANCY MOORE

Upon the stipulation of the parties, a jointly filed motion and brief and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that the parties may proceed with the partial settlement of Plaintiff Nancy Moore's individual claims on the terms set forth in the Stipulation;

IT IS FURTHER ORDERED that the Court finds that proceeding with the settlement would not disqualify Ms. Moore from serving as a class representative if

2

at a later date the Court should find that class certification of the pleaded claims is proper.

    SO ORDERED.

DATED: August 11, 2020                 <u>s/Denise Page Hood</u>
                                                           United States District Judge