## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

NANCY MOORE, *et al.*,

            Plaintiffs,

v.

AUTO CLUB GROUP, *et al.*,

            Defendants.

Case No. 19-10403

Judge Denise Page Hood

## **JUDGMENT**

    This action, having come before the Court and the Court having issued an order dismissing the case this date, accordingly,

    Judgment is entered in favor of Defendants and against Plaintiffs.

                            KINIKIA ESSIX
                            CLERK OF COURT

Approved:

By: s/LaShawn Saulsberry
                Deputy Clerk

s/Denise Page Hood
Denise Page Hood
United States District Judge

Dated: August 7, 2025

Detroit, Michigan